UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KELVIN WELLS                                                                        CIVIL ACTION

VERSUS

JEFF COLEMAN, ET AL.                                                   NO. 23-00117-BAJ-EWD

RULING AND ORDER

Before the Court is a **Report and Recommendation (Doc. 15)** issued by the Magistrate Judge, which recommends that the above-captioned matter be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) and Local Rule 41 for Plaintiff's failure to timely serve Defendants. (Doc. 15 at p. 2). Plaintiff has not objected to the Report, and the deadline to do so has passed.

Having carefully considered Plaintiff's Complaint and related filings, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 4(m) and Local Rule 41 for Plaintiff's failure to timely serve Defendants.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 30th day of April, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA